# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  MARCO ANTONIO RAMOS
       LISA MARIE RAMOS

                                         Case No.: 17-40366-can-13

**Debtors**

Non-Governmental Bar Date: June 19, 2017
Governmental Bar Date: August 13, 2017
Filed Date: August 23, 2018

## NOTICE ALLOWING CLAIM AS ADJUSTED

COMES NOW, the Standing Chapter 13 Trustee, who shows the Court that the following claim was adjusted, and moves that the claim be allowed as provided herein:

| | |
|---|---|
| **Address:**<br>JPMORGAN CHASE BANK NA<br>NATIONAL BANKRUPTCY DEPARTMENT<br>PO BOX 901032<br>FT WORTH, TX 76101-2032 | **Claim Amount:** $12,000.00<br><br>**Monthly Payment:** $245.00<br><br>**Principal Paid:** $3,365.89 |
| **Type:** SECURED - VEHICLE (E) | **Balance Owed:** $8,634.11 |
| **Court Claim No.:** 10 | **Account:** 1501 |
| **Trustee Claim No.:** 7 | **Percent to be Paid:** 100.00% |
| **Claim Filed Date:** 5/8/2017 | **Interest Paid:** $799.11 |
| **Special Remarks:** | **Interest Rate:** 4.90 |

WHEREFORE, pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as adjusted unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

                                              Respectfully submitted,

August 23, 2018

                                              /s/ Richard V. Fink, Trustee

                                              Richard V. Fink, Trustee
                                              2345 Grand Blvd., Ste. 1200
                                              Kansas City, MO 64108-2663
                                              (816) 842-1031

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

JPMORGAN CHASE BANK NA (408067)

/s/ Richard V. Fink, Trustee

HP/Notice - Adjusted Claim

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:  Marco Antonio Ramos
Lisa Marie Ramos

**Debtors**

Case No.: 17-40366-can-13

Non-Govermental Bar Date: June 19, 2017
Governmental Bar Date: August 13, 2017
Filed Date: August 24, 2018

### NOTICE ALLOWING CLAIM AS ADJUSTED

COMES NOW, the Standing Chapter 13 Trustee, who shows the Court that the following claim was adjusted, and moves that the claim be allowed as provided herein:

| | |
|---|---|
| **Address:**<br>JPMORGAN CHASE BANK NA<br>NATIONAL BANKRUPTCY DEPARTMENT<br>PO BOX 901032<br>FT WORTH, TX 76101-2032 | **Claim Amount:** $102.77<br><br>**Monthly Payment:** $0.00<br><br>**Principal Paid:** $0.00 |
| **Type:** GENERAL UNSECURED | **Balance Owed:** $102.77 |
| **Court Claim No.:** 10 | **Account:** 1501 |
| **Trustee Claim No.:** 10,007 | **Percent to be Paid:** TBD |
| **Claim Filed Date:** 5/8/2017 | **Interest Paid:** $0.00 |
| **Special Remarks:** | **Interest Rate:** 0.00 |

WHEREFORE, pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as adjusted unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

August 23, 2018

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

JPMORGAN CHASE BANK NA (408067)

/s/ Richard V. Fink, Trustee

HP/Notice - Adjusted Claim