# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: MARCO ANTONIO RAMOS  CASE NUMBER: 1740366
DEBTOR 2 NAME: LISA MARIE RAMOS

I ____Robert J Wallace, Jr.____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __8/28/2018__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

ALLIANCE ONE,4850 STREET ROAD,SUITE 300,TREVOSE PA 19053
CAPITAL ONE,PO BOX 30285,SALT LAKE CITY UT 84130
CARE CREDIT,PO BOX 960061,ORLANDO FL 32896
CAVALRY SPV I LLC,500 SUMMIT LAKE DRIVE STE 400,VALHALLA NY 10595
CBCS,PO BOX 2589,COLUMBUS OH 43216
CENTERPOINT MEDICAL CENTER,PO BOX 13620,RICHMOND VA 23225
CENTERPOINT MEDICAL CENTER,RESURGENT CAPITAL SERVICES,PO BOX 1927,GREENVILLE SC 29602
CHASE AUTO FINANCE,PO BOX 901076,FORT WORTH TX 76101
CMRE FINANCIAL SERVICES,3075 E IMPERIAL HIGHWAY #200,BREA CA 92821
COMENITY BANK,PO BOX 182273,COLUMBUS OH 43218
COMMONWEALTH FINANCIAL,PO BOX 1110,CHARLOTTE NC 28201
CREDIT FIRST NA,PO BOX 818011,CLEVELAND OH 44181
CREDIT FIRST,PO BOX 81410,CLEVELAND OH 44181
CREDIT ONE BANK,PO BOX 24410,OMAHA NE 68124
DISCOVER PERSONAL LOANS,PO BOX 30954,SALT LAKE CITY UT 84130
DISCOVER,PO BOX 15316,WILMINGTON DE 19850
GARRY ADDAM FERA,WM LAW,15095 W 116TH ST,OLATHE KS 66062
GREENSKY LLC,1797 NE EXPRESSWAY SUITE 100,ATLANTA GA 30329-3614
GREENSKY,PO BOX 29429,ATLANTA GA 30359
HOME DEPOT CREDIT SERVICES,PO BOX 790393,SAINT LOUIS MO 63179
HOME DEPOT LOAN SERVICES,PO BOX 530584,ATLANTA GA 30329
HOME DEPOT,PO BOX 790303,SAINT LOUIS MO 63179
INTERNAL REVENUE SERVICE,PO BOX 7313,PHILADELPHIA PA 19101
IRS INSOLVENCY SUPERVISORY REVENUE OFFICER,ADVISORY/ INSOLVENCY SB / SE T7 GRP 6,2850 NE INDEPENDENCE AVE,LEES SUMMIT MO 64064
IRS SPECIAL PROCEDURES,PO BOX 66778,MAIL STOP 5334 STL,ST LOUIS MO 63166-6778
JPMORGAN CHASE BANK NA,PO BOX 29505  AZ1-1191,PHOENIX AZ 85038-9505
LISA MARIE RAMOS,1311 N VIKING DRIVE,INDEPENDENCE MO 64056
LITTLE BLUE EMERGENCY PHYSICIANS,PO BOX 98544,LAS VEGAS NV 89193
MARCO ANTONIO RAMOS,1311 N VIKING DRIVE,INDEPENDENCE MO 64056
MIDLAND FUNDING LLC,2365 NORTHSIDE DRIVE,SUITE 300,SAN DIEGO CA 92108
MIDLAND FUNDING LLC,PO BOX 2011,WARREN MI 48090
MO DEPT OF REVENUE,301 W HIGH STREET,JEFFERSON CITY MO 65101
NATIONAL ENTERPRISE SYSTEMS,2479 EDISON BOULEVARD,UNIT A,TWINSBURG OH 44087
NTB CREDIT PLAN,PO BOX 790394,SAINT LOUIS MO 63179
PENDRICK CAPITAL PARTNERS,625 US-1,KEY WEST FL 33040
PORTFOLIO RECOVERY ASSOCIATES LLC,POB 12914,NORFOLK VA 23541
PROFESSIONAL BUREAU OF COLLECTIONS,PO BOX 4157,ENGLEWOOD CO 80155
QUICKEN LOANS,1050 WOODWARD AVENUE,DETROIT MI 48226
ST MARYS MEDICAL CENTER,1000 CARONDELET DRIVE,KANSAS CITY MO 64114
ST MARYS MEDICAL CENTER,201 NW RD MIZE ROAD,BLUE SPRINGS MO 64014
SYNCHRONY BANK,ATTN BANKRUPTCY DEPT,PO BOX 965060,ORLANDO FL 32896
UNITED CONSUMER FINANCIAL SERV,BASS & ASSOCIATES PC,3936 E FT LOWELL RD SUITE #200,TUCSON AZ 85712
UNITED CONSUMER FINANCIAL SERVICES,BASS & ASSOCIATES PC,3936 E FT LOWELL RD SUITE 200,TUCSON AZ 85712

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :   8/28/2018          Signature : ____Robert J. Wallace, Jr.____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: MARCO ANTONIO RAMOS  
DEBTOR 2 NAME: LISA MARIE RAMOS

CASE NUMBER: 1740366

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __8/28/2018__ :

UNITED CONSUMER FINANCIAL SERVICES,P BOX 856290,LOUISVILLE KY 40285  
US ATTORNEY,ROOM 5510 US COURTHOUSE,400 E 9TH ST,KANSAS CITY MO 64106  
US DEPARTMENT OF JUSTICE,ATTN: ATTORNEY GENERAL,950 PENNSYLVANIA AVE NW,WASHINGTON DC 20530-0001

By Electronic Transmittal :  
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __8/28/2018__       Signature : ___*Robert J. Wallace, Jr.*___

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

502new(8/18)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

F I L E D

8/24/18

U.S. Bankruptcy Court
Western District of Missouri

In Re: Marco Antonio Ramos and Lisa Marie Ramos
‑‑ABOVE MED‑‑
Debtor(s)

Case No.: 17−40366−can13

**ORDER CONFIRMING CHAPTER 13 PLAN**
**AS FILED OR AMENDED ON OR ABOUT**
**7/16/18**

The court finds that each of the debtor and the amended Chapter 13 plan complies with all applicable requirements of 11 U.S.C. §§ 1322(a), 1322 (b), 1323(c), 1325(a), 1329(a) and 1329(c). It is therefore
ORDERED, ADJUDGED and DECREED:
1. The plan is confirmed as amended.
2. The debtor or any entity from which the debtor receives income shall pay to the trustee according to the terms of the plan which shall not exceed 5 years. Payments shall continue until further order of this court. The trustee may cause a wage order to be issued to the debtor's employer. 11 U.S.C.§ 1322(a)(1), 1322(d), and 1325(c). Local Rule 3083−1(F)(1).
3. Payments to all creditors shall be made according to the terms of the plan, Local Rules of this Court, the trustee's notice to allow claims, the trustee's notice to allow additional or amended claims, and further orders of the court. The trustee shall only make payments to creditors with filed and allowed claims. 11 U.S.C. § 1326(c), Local Rule 3084−1, and Local Rule 3085−1.
4. Priority claimants shall be paid in full pursuant to 11 U.S.C. § 1322(a)(2).
5. The trustee shall be paid in full pursuant to 11 U.S.C. § 503(b), 1326(b)(2) and 28 U.S.C. § 586(e)(1)(A) and (B).
6. The debtor shall report to the standing trustee any events affecting disposable income, including but not limited to: tax refunds, inheritances, prizes, lawsuits, gifts, etc., which are received or receivable during the pendency of the case.
7. The debtor shall not incur any additional debts while this case is open without prior approval of the court except those which may be necessary in an emergency for the protection and preservation of life, health, or property. The trustee may grant borrowing requests pursuant to Local Rule 3088−1.
8. Until the case is closed, the debtor is enjoined and prohibited from selling, encumbering, or in any manner disposing of assets without the prior order of the court except as may be required in the course of the debtor's business if the debtor is engaged in business. The debtor may, without court order, sell unencumbered property which has not had a lien avoided as part of this proceeding with a fair market value less than $3,500.00 so long as, within 10 days of the sale, the debtor files with the court an accounting of said sale.
9. Title to the property of the estate vests in the debtor(s) or as specified in the plan. 11 U.S.C. § 1327(b).
10. Confirmed plans may be amended pursuant to 11 U.S.C. § 1329 and may be amended to comply with 11 U.S.C. § 1322(d).
11. Funds paid into the trustee's office in a confirmed plan prior to the case being dismissed shall be distributed pursuant to the confirmed plan and this confirmation order.
12. If the Plan included requests within Parts 3.2, 3.6, 3.7, or 6, the following paragraph(s) apply.

**The debtor requested in the plan that the Court determine the amount of one or more secured claim(s) as set forth in Part 3.2 of the plan. Based on the record, the Court determines the amount of each such secured claim is as set forth in Part 3.2 of the plan.**

Dated: 8/24/18

/s/ Cynthia A. Norton
UNITED STATES BANKRUPTCY JUDGE