# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: MARCO ANTONIO RAMOS                                CASE NUMBER: 1740366
DEBTOR 2 NAME: LISA MARIE RAMOS

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __9/25/2018__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

MARCO ANTONIO RAMOS,1311 N VIKING DR,INDEPENDENCE MO 64056
UNITED CONSUMER FINANCIAL SERVICES UCFS KIRBY CLEANING SYSTEM,BASS & ASSOCIATES PC,3936 E FT LOWELL # 200,TUCSON AZ 85712

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __9/25/2018__                Signature : ___*Robert J. Wallace, Jr.*___

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  MARCO ANTONIO RAMOS
       LISA MARIE RAMOS

Case No.: 17-40366-can-13

**Debtors**

Non-Governmental Bar Date: June 19, 2017
Governmental Bar Date: August 13, 2017
Filed Date: September 24, 2018

## NOTICE ALLOWING CLAIM AS ADJUSTED

COMES NOW, the Standing Chapter 13 Trustee, who shows the Court that the following claim was adjusted, and moves that the claim be allowed as provided herein:

**Address:**
UNITED CONSUMER FINANCIAL SERVICES UCFS
KIRBY CLEANING SYSTEM
BASS & ASSOCIATES PC
3936 E FT LOWELL # 200
TUCSON, AZ 85712

**Type:** SECURED (PR)

**Court Claim No.:** 3

**Trustee Claim No.:** 28

**Claim Filed Date:** 3/21/2017

**Special Remarks:**

**Claim Amount:** $903.74

**Monthly Payment:** $0.00

**Principal Paid:** $903.74

**Balance Owed:** $0.00

**Account:** 9388

**Percent to be Paid:** 100.00%

**Interest Paid:** $128.55

**Interest Rate:** 4.90

WHEREFORE, pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as adjusted unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

September 24, 2018

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

UNITED CONSUMER FINANCIAL SERVICES UCFS KIRBY CLEANING SYSTEM (500303)

/s/ Richard V. Fink, Trustee

HP/Notice - Adjusted Claim

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  Marco Antonio Ramos
Lisa Marie Ramos

Case No.: 17-40366-can-13

**Debtors**

Non-Govermental Bar Date: June 19, 2017
Governmental Bar Date: August 13, 2017
Filed Date: September 25, 2018

## NOTICE ALLOWING CLAIM AS ADJUSTED

COMES NOW, the Standing Chapter 13 Trustee, who shows the Court that the following claim was adjusted, and moves that the claim be allowed as provided herein:

**Address:**
UNITED CONSUMER FINANCIAL SERVICES UCFS
KIRBY CLEANING SYSTEM
BASS & ASSOCIATES PC
3936 E FT LOWELL # 200
TUCSON, AZ 85712

**Type:** GENERAL UNSECURED

**Court Claim No.:** 3

**Trustee Claim No.:** 36

**Claim Filed Date:** 3/21/2017

**Special Remarks:**

**Claim Amount:** $1,185.39

**Monthly Payment:** $0.00

**Principal Paid:** $0.00

**Balance Owed:** $1,185.39

**Account:** 9388

**Percent to be Paid:** TBD

**Interest Paid:** $0.00

**Interest Rate:** 0.00

WHEREFORE, pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as adjusted unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

September 24, 2018

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

UNITED CONSUMER FINANCIAL SERVICES UCFS KIRBY CLEANING SYSTEM (500303)

/s/ Richard V. Fink, Trustee

HP/Notice - Adjusted Claim